FILED

DEC - 3 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO VARZON WOOTEN,

    Plaintiff,

vs.

ED PRIETO, et al.,

    Defendants.

No. CIV S-01-1808 EJG JFM P

ORDER AND

FINDINGS & RECOMMENDATIONS

    By order filed February 27, 2002, this court directed plaintiff to file a pretrial statement on or before November 15, 2002. Plaintiff has not responded to the court's order. The court will therefore recommend that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 11-110.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Defendants are relieved from filing a pretrial statement.

    2. The pretrial conference set for December 6, 2002 is vacated; and

    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 11-110.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within twenty

days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 2, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

/01; woot1808.fpt

United States District Court
for the
Eastern District of California
December 3, 2002

* * CERTIFICATE OF SERVICE * *

2:01-cv-01808

Wooten

v.

Prieto

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 3, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Mario Varzon Wooten                        CL/EJG
2261718
SCJ-SAC                                    CF/JFM
Sacramento County Jail
651 I Street
Sacramento, CA  95814

Jason Tremayne Cooksey
Angelo Kilday and Kilduff
601 University Avenue
Suite 150
Sacramento, CA  95825
```

Jack L. Wagner, Clerk

BY:
  Deputy Clerk